IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISON

FILED
DEC 0 6 2022
CLERK. U.S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| ADRIANNA GUTIERREZ, | ) |
| Plaintiff, | ) |
| v. | ) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) Case No: 1:22-cv-512 |
| & | ) |
| TRANS UNION, LLC, | ) |
| & | ) |
| EXPERIAN INFORMAITON SOLUTIONS, LLC | ) |

### ORDER OF DISMISSAL WITH PREJUDICE AS TO PORTFOLIO RECOVERY ASSOCIATES, LLC

ON THIS DAY came on to be heard the above-styled and numbered case. Counsel of record for Plaintiff and Defendant have asked this Court to dismiss all claims against Defendant Portfolio Recovery Associates, LLC with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS THEREFORE ORDERED that the Stipulation of Dismissal is GRANTED, and all claims are to be dismissed with prejudice against Defendant.

All relief not expressly granted in this Order is DENIED.

IT IS SO ORDERED.

Dated this ___6th___ day of ___December___, 2022

_____
Honorable Judge Presiding