FILED
DEC 16 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ADRIANNA GUTIERREZ )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PORTFOLIO RECOVERY ASSOCIATES, )<br>LLC )<br>)<br>& )<br>)<br>TRANS UNION, LLC )<br>)<br>& )<br>)<br>EXPERIAN INFORMATION SOLUTIONS, )<br>INC. )<br>)<br>Defendant. ) | Case No.: 1:22-cv-512-LY |

## ▉▉▉▉▉▉▉ ORDER OF DISMISSAL

ON THIS DAY came on to be heard the above-styled and numbered case. Counsel of record for Adrianna Gutierrez has Filed a Notice of Dismissal in this matter. This Notice has asked the Court to dismiss all remaining claims against Trans Union, LLC, and Experian Information Solutions, Inc. with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

IT IS THEREFORE ORDERED that the Notice of Dismissal is GRANTED, and all remaining claims are to be dismissed with prejudice against Defendant Trans Union, LLC, and Experian Information Solutions, Inc..

All relief not expressly granted in this Order is DENIED.

IT IS SO ORDERED.

Dated this \_\_\_16th\_\_\_ day of \_\_December\_\_, 2022

_____
Honorable Judge Presiding