IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ADRIANNA GUTIERREZ, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | |
| | § | CAUSE NO. 1:22-CV-512-LY |
| PORTFOLIO RECOVERY | § | |
| ASSOCIATES, LLC, TRANS UNION, | § | |
| LLC, AND EXPERIAN | § | |
| INFORMATION SOLUTIONS, LLC, | § | |
| DEFENDANTS. | § | |

## ORDER

Before the court is the above-referenced cause. On December 12, 2022, Plaintiff filed a Notice of Voluntary Dismissal as to Trans Union, LLC and Experian Information Solutions, Inc. (Doc. #14) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). As nothing further remains to be resolved in this case,

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this __16th__ day of December, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE